SANGSTER and Another *v.* BUTT.

SANGSTER
v.
BUTT.

Suit by an assignee upon a promissory note for $200, payable in currency. Answer: that before notice of the assignment of the note sued upon, the defendant had been summoned as a garnishee in an attachment suit against the payee of the note, before a justice of the peace, and judgment rendered against him, which judgment he had paid.

The transcript of the proceedings before the justice, showed that the garnishee had answered that he had in his hands $800 of uncurrent money, belonging to the payee of the note sued upon in this case, worth $620.

*Held,* that the answer was bad, in not showing, affirmatively, that the demand sued for in this case, and that adjudicated before the justice, were identical.

*Tuesday,
December* 10.

APPEAL from the *Fountain* Circuit Court.

DAVISON, J.—This is an action by *George Butt* against *Sangster* and *Gish,* upon a promissory note for the payment of $200, in currency. The note bears date *December* 29, 1854, and was payable at four months, to one *Jeremiah Shade,* who, on *July* 27, 1858, assigned it, by indorsement, to the plaintiff. The defendants answered by four paragraphs. As the first, second and third make no point in the case, the fourth alone will be noticed. The fourth paragraph alleges, "that before the assignment of the note in suit, and before notice thereof to the defendants, one *John Henderson,* by the consideration of *Isaac C. Hole,* a justice of the peace, recovered a judgment against the defendant *Sangster,* as garnishee in a suit of attachment against *Shade,* the payee of the note. A certified transcript of the proceedings and judgment in the attachment suit is herewith filed, and made a part of this answer, marked *A.,* which judgment amounted to $97, and which sum is a judgment against the note sued on, for which the defendants demand judgment; he, *Sangster,* having before the commencement of this suit, paid the same to *Henderson,* the attachment plaintiff." In the proceedings referred to, and made a part of this answer, there is the following: "*April* 7, 1856. This day came *William A. Sangster,* and filed his certified statement, showing that there was then in his hands $800 of uncurrent

money, worth $620, belonging to *Jeremiah Shade*, the defendant in the attachment." And further, the proceedings say, that the justice, upon *Sangster's* statement of the effects in his hands, rendered judgment against him as garnishee, for ninety-five dollars and sixty-three cents. A demurrer to this fourth paragraph was sustained, and the defendants excepted.

The demurrer is well taken. The defense does not show, affirmatively, that the demand set forth in the complaint,. and that adjudicated upon in the suit before the justice,. are identical; the former is by note for $200, in currency, and the latter for $800, uncurrent money. As the judgment against *Sangster*, as garnishee, does not appear to have been given upon the claim secured by the note, the demurrer was correctly sustained.

*Per Curiam.*—The judgment is affirmed, with costs.

*Tyler* and *Ristine*, for the appellants.

*W. H. Mallory*, for the appellee.